IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDDIE LEE DOSS, SR., | 1:09-cv-02217-AWI-GSA-PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATION (Doc. 7,) |
| vs. | |
| C/O GALLARDO, | ORDER DISMISSING ACTION FOR FAILURE TO STATE A CLAIM |
| Defendant. | ORDER FOR THIS DISMISSAL TO COUNT AS A STRIKE PURSUANT TO 28 U.S.C. § 1915(g) |
| _____/ | ORDER DIRECTING CLERK TO CLOSE CASE |

Freddie Lee Doss, Sr. ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 16, 2010, Findings and a Recommendation were entered, recommending that this action be dismissed based on Plaintiff's failure to state a claim upon which relief may be granted under § 1983. (Doc. 7.) On March 4, 2011, Plaintiff filed objections to the Findings and Recommendation. (Doc. 10.)

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file,

1

including Plaintiff's objections, the Court finds the Findings and Recommendation to be supported by the record and proper analysis.   To the extent Plaintiff attempts to raise any state law claims, such as defamation, the court declines to exercise supplemental jurisdiction.   See 28 U.S.C. § 1367(c)(3) (court may decline to exercise supplemental jurisdiction over state claims when federal claims are dismissed before trial).

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendation issued by the Magistrate Judge on December 16, 2010, are adopted in full;
2. This action is dismissed with prejudice, based on Plaintiff's failure to state a claim upon which relief may be granted under § 1983;
3. This dismissal shall count as a strike pursuant to 28 U.S.C. § 1915(g); and
4. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   April 13, 2011

_____
CHIEF UNITED STATES DISTRICT JUDGE

2